No. 90–324.   BROWN GROUP, INC., DBA BROWN SHOE CO., INC. *v.* HICKS.   C. A. 8th Cir.   Certiorari granted, judgment vacated, and case remanded to the Court of Appeals for further con-

sideration in light of that court's en banc opinion to be filed in *Taggart* v. *Jefferson County Child Support Enforcement Unit*, No. 89–2429EA, rehearing en banc granted December 11, 1990.*

---

*[REPORTER'S NOTE: The en banc opinion was subsequently reported at 935 F. 2d 947 (1991).]